Caroline M. Smith, Respondent, v. Arthur R. Peck, Appellant.— Judgment affirmed, with costs. All concurred. McLennan, J., not sitting.

Lou P. Moore, Respondent, v. John L. Vosburgh, Appellant.— Judgment and order affirmed, with costs, unless within twenty days from the service of a copy of this order the defendant serves an amended answer, setting up the Statute of Frauds, leave to serve which is hereby granted, and pays the costs of the action, including the costs of this appeal, in which case the judgment and order are reversed and a new trial granted. All concurred.

Charles R. Maltby and Another, Respondents, v. James Headley and Another, Appellants. — Judgment affirmed, with costs. All concurred.

George W. Mohr, Respondent, v. Lehigh Valley Railroad Company, Appellant.—It appearing the four justices qualified to sit in this case are equally divided in their opinion it is hereby directed that the case be certified to the third judicial department, in accordance with the provisions of section 231 of the Code of Civil Procedure.

Anna Block, Respondent, v. Jacob Woolens and Another, Appellants, Impleaded with Others — Judgment affirmed, with costs. All concurred, except McLennan, J., who dissented upon the ground that the evidence clearly establishes that the tender of the full amount due upon the mortgage was made before the commencement of the action.

Florence E. Williams, Appellant, v. The City of Watertown and Charles G. Champlin, as Chief of Police of the City of Watertown, Respondents.— Order reversed, without costs. All concurred.